**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:06CR00425-003** |
| | ) | |
| **SHAWN R. CUDABACK** | ) | |
| | ) | |

On March 20, 2007, the above-named was placed on supervised release for a period of three years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,


/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

Dated:      April 3, 2009
               Sacramento, California
               TMO/cp

**REVIEWED BY:    /s/Kyriacos M. Simondis**
                           **KYRIACOS M. SIMONIDIS**
                           **Supervising United States Probation Officer**

**Re:    Shawn R. CUDABACK**
**Docket Number:   2:06CR00425-003**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

 April 20, 2009
**Date**

_____
**LAWRENCE K. KARLTON**
**Senior United States District Judge**


Attachment:    Recommendation
cc:    United States Attorney's Office